**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LORETTA TOLBERT,**

    **Plaintiff,**

**v.**                                                                                           **No. 1:11-cv-00811 MV/SMV**

**COUNTY OF BERNALILLO,**

    **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Matter to be heard:**            Scheduling a settlement conference

**Date and time of hearing:**   Thursday, January 26, 2012, 10:00 a.m. - 10:15 a.m.

    A telephonic status conference is set for January 26 at 10:00 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings. Per parties' request to schedule a settlement conference, *see* Joint Status Report and Provisional Discovery Plan [Doc. 13], counsel will confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                       STEPHAN M. VIDMAR
                                                                                         United States Magistrate Judge