IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LORETTA TOLBERT,**

      **Plaintiff,**

v.                                          Case No. 1:11-cv-811 MV/SMV

**COUNTY OF BERNALILLO,**

      **Defendant.**

## ORDER MODIFYING PRETRIAL DEADLINES

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Extend Deadlines for Depositions and Pretrial Motions [Doc. 38], wherein the parties requested that certain deadlines be extended by approximately one month.

Good cause having been shown, IT IS ORDERED THAT: (1) the termination date for discovery regarding the two depositions scheduled after the original discovery deadline is March 27, 2012; (2) discovery motions are due by April 13, 2012; and (3) all other pretrial motions are due by April 27, 2012. In all other respects, the deadlines in the Scheduling Order [Doc. 18] remain in effect.

IT IS SO ORDERED.

                                                                                   _____

                                                                                   STEPHAN M. VIDMAR
                                                                                   United States Magistrate Judge