IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LORETTA TOLBERT,**

    **Plaintiff,**

**v.**                                                          **No. 11-cv-0811 MV/SMV**

**COUNTY OF BERNALILLO,**

    **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on Tuesday, April 10, 2012.

IT IS THEREFORE ORDERED that closing documents be filed no later than **Thursday, May 10, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                         STEPHAN M. VIDMAR
                                                                         United States Magistrate Judge